

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2014

No. 04-14-00683-CR

Ex Parte Robert **GOMEZ**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1918
The Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **November 5, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court